*Fat Brain Toys, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*

**SCHEDULE A**

| No. | Seller Alias | Online Marketplace |
|---|---|---|
| 1 | quanzhoutaishangtouziquyujingmaoyiyouxiangongsi d/b/a/ AWALVY | https://www.amazon.com/AWALVY-Air-Powered-STEM-Building-Toys/dp/B0FDQNPLSZ/ref=sr_1_6?crid=XHVAKRNNJJJ3&dib=eyJ2IjoiMSJ9.-oQAPWVmeRvvNh7QTlELTY-ez-ScGE6kudMwJujqz1w4ozuIMB9zVaA2I860ccGPGtQoCNciO-Yzg6Wt-DUgchrJaNswGvVCs-X4XqlHYp8yCuC_KGHZClGAp6olyJn0c9n2i-ziD2-_AyU-NChRdX-GbicmqjUbbMo4XUeknxt7q-efC07LoJVVSdHMabU7ALxi8pDe6z-HTJW3ELRmjn5nnxHpUO12SHIm1V0nff194eNDJJ2QESx4l9Idq2SdwICMIVrneLGpUEMtRoXoKvF9P_n-H0phr4jvDAVzDjM.LTE8bECs3rlBMD5eOCNuFwepG86Khnw3Yp9QRp9nEYQ&dib_tag=se&keywords=air%2Btoobz&qid=1755036023&sprefix=air%2Btoobz%2Caps%2C138&sr=8-6&th=1 |
| 2 | m6schoe_33 | https://www.ebay.com/itm/388824067956?_trkparms=itmf%3D1%26aid%3D1110006%26rkt%3D5%26asc%3D20200818143230%26mech%3D1%26algv%3DDefaultOrganicWebV9BertRefreshRankerWithCassiniEmbRecall%26pmt%3D1%26amclksrc%3DITM%26sd%3D317139938791%26sid%3DAQAKAAAAECOwez0W4NMlc6M4eWssgx8%3D%26itm%3D388824067956%26noa%3D1%26plcampt%3D0%3A76908972014%26algo%3DHOMESPLICE.SIM%26ao%3D1%26rk%3D2%26pid%3D101224%26b%3D1%26mehot%3Dnone%26lsid%3D0%26meid%3D8eaa7e65f55648f8b8a650d228b9825c%26pg%3D2332490&_trksid=p2332490.c101224.m-1 |
| 3 | ai.jun.-16 d/b/a JK ACCESORIES | https://www.ebay.com/itm/317139938791?_trkparms=itmf%3D1%26aid%3D1110006%26rkt%3D4%26asc%3D20231107084023%26mech%3D1%26algv%3DSimVIDwebV3WithCPCExpansionEmbeddingSearchQuerySemanticBroadMatchSingularityRecallReplaceKnnV4WithVectorDbNsOptHotPlRecallCIICentroidCoviewCPCAuto%26pmt%3D1%26amclksrc%3DITM%26sd%3D3888240 |

| | | | |
|---|---|---|---|
| | | | 67956%26sid%3DAQAKAAAAECZUhPAOj8SATPydYbEMVM8%3D%26itm%3D317139938791%26noa%3D0%26plcampt%3D0%3A148914833015%26algo%3DHOMESPLICE.SIM%26ao%3D1%26rk%3D1%26pid%3D101875%26b%3D1%26mehot%3Dnone%26lsid%3D0%26meid%3D45e3b8b690f54f4c8d283d62dc41f5b9%26pg%3D2332490&_trksid=p2332490.c101875.m1851&itmprp=cksum%3A31713993879145e3b8b690f54f4c8d283d62dc41f5b9%7Cenc%3AAQAKAAABcG96wQ16jds4VFcrhy1F3d4mbwZUJI9Fs%252BgdXYAHIzlX2e3YaNh7x%252BEnKA3G%252BCqSl1Xn4McfcWFK1GytmS2qxJ87mtE8Gm3iR1Ja4WBwh0hNHJrJx3Ki5mp04ow4CO7lP%252BooCybZDDU%252BbbSwmg7CbTin%252BBzBzbCYVnbjvyQAHu6--HI4MB7SvJl5IJqlyvomgoLMlgT6qAJzX0SANJhty2cpPpTFJa1lLygYVAvrnupd9yE4E2x4EfkZaFI%252BhgrnX22%252BsLVRVF2ebzveHDSufsYBpIbS8oYoc0DM2RSt0jlXlwoJ0ZE3GN5PBZ7Te32bKpXdNi56m6cGeUiTuqNT9%252FqvdWhg32tCOBXyFvC2rbf4uEs4k9K9Py8J%252BDWcZ5Lx%252B8zXqTj6J4ml4DiipHSrSnWLGLy4pjisR586M%252BCgxl6SdRwnV0YjbTf1Gw9jWeuqMEUWpt9XmfOKyz65uU7jGa7KHDRJLAA4S9XYAdIAS9dZ%7Campid%3APL_CLK%7Cclp%3A2332490 |
| 4 | itaba_79 | | https://www.ebay.com/itm/317144778552?_skw=air-powered+stem+toy&itmmeta=01K2G4MR0JZYFF423301GG8DN9&hash=item49d74d4738:g:UcoAAeSwD~BokJOn&itmprp=enc%3AAQAKAAAA8FkggFvd1GGDu0w3yXCmi1e%2FXaYAPJKjsGmqlUMFFJ9AuNdAP8XTRpx1GUjLxHYqGeEzEQir559ZIzTYLmqjOLnekZWGfVSXA5w6VC12qhk5e7aiVz3J%2Bx%2B%2FMeh6kDjWiONzPbnCji2kFVRi7cMdwtZL9xT4RbYZczQj4bOmqaFu4YJ8kh9w5gl%2BgDheDp15kOb4rAVsRN4GiFPFQPvEB%2FkqQjAnqpCGy1sqEEnm1nedOB%2B9ZNPSWR%2BTXC2vFz%2BugFdXFIlZlDhP9X1sdc37LZ%2BcYCO2wTXbaL%2Fsb76mS%2FY3SEijD7cazilr5eVZfdCGsw%3D%3D%7Ctkp%3ABk9SR7SB04SUZg |